Sophie L. Fischer, Plaintiff-Appellant, v. Slayton & Company, Inc., and Hovey E. Slayton, Defendants-Appellees.

Gen. No. 47,763.

First District, Second Division.

April 5, 1960.

Edward W. Sowin, for plaintiff-appellant; George Yellen, for Theodore H. Schlake, petitioner-appellee. Opinion by JUSTICE BURMAN.
Not to be published in full.